IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| AMBERLEY LAMBERT, | § |
| *Plaintiff*, | § |
| v. | §  CIVIL ACTION NO. 9:23-CV-00067-MJT |
| CITY OF ONALASKA, TEXAS, and TAMMIE HEETH, | § |
| *Defendants*. | § |

# FINAL JUDGMENT

Pursuant to the Order Granting Plaintiff's Motion, Overruling Plaintiff's Objections, and Adopting the Report and Recommendation of the United States Magistrate Judge on this same date, it is ORDERED that a judgment is entered in favor of Defendants City of Onalaska, Texas, and Tammie Heeth. This order is a full and final judgment as to all claims and parties in the instant action. All pending motions filed herein are DENIED AS MOOT and relief not specifically granted herein is DENIED. The Clerk is directed to close this case.

IT IS SO ORDERED.

**SIGNED this 18th day of July, 2025.**

*[signature: Michael J. Truncale]*
Michael J. Truncale
United States District Judge